JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 888 -- In re Prudential-Bache Energy Income Partnerships Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/04/22 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-6) -- Filed by Defts. Prudential-Bache Energy Production, Inc.; Prudential Securities, Inc. (f/k/a Prudential-Bache Securities, Inc.); Prudential Securities Group, Inc.; Prudential-Bache Capital Funding; George Ball; Joe W. Defur; Frank W. Giordano; Anthony J. Hertl; James M. Kelso; Brian J. Martin; William Pittman; Paul Proscia; Joseph H. Quinn and Richard Sichenzo (collectively the "**Prudential-Bache Defts.**); The Prudential Insurance Co. of America and Matthew J. Chanin (collectively the "**Prudential Defts.**); Prudential-Bache Energy Income Partnerships, Series I through VI; Prudential-Bache Pension and Retirement Income Partnerships and Prudential-Bache Pension and International Investor Partnerships (collectively the "**Partnership Defts.**); Graham Royalty, Ltd.; Graham Resources, Inc.; Graham Securities Corp.; Mark W. Files; John J. Graham and Anton H. Rice III (collectively the "**Graham Defts.**); Samuel A. Blaize; A.B. Dempsey and Gilbert G. Jurenka (collectively the "**Individual Graham Defts.**) -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF LOUISIANA -- SUGGESTED TRANSFEREE JUDGE: ? -- w/**Exhibits A - G** and cert. of svc. (received 4/19/91) (rh) |
| 91/05/03 |  | APPEARANCES -- LEIGH R. LASKY, ESQ. for Ivar E. Anderson; JOSEPH STERNBERG, ESQ. for Cyril Forbes; ROBERT P. SUGARMAN, ESQ. for M. Barnett Gillman, M.D.; STUART D. WECHSLER, ESQ. for Theodore N. Tehune; STEPHEN H. KUPPERMAN, ESQ. for Graham Royalty, Ltd., Graham Resources, Inc., Graham Securities Corp., Samuel A. Blaize, A.B. Dempsey, Mark W. Files, John J. Graham, Gilbert G. Jurenka, Anton H. Rice, III; D. BRIAN HUFFORD, ESQ. for Prudential-Bache Energy Production, Inc., Prudential Securities, Inc. (f/k/a Prudential-Bache Securities Inc.), Prudential Securities Group, Inc., Prudential-Bache Capital Funding, The Prudential Insurance Company of America, Prudential-Bache Energy Income Partnerships, Series I through VI, Prudential-Bache Pension and Retirement Income Partnerships, Prudential-Bache Pension and International Investor Partnerships, George Ball, Matthew J. Chanin, Joe W. Defur, Frank W. Giordano, Anthony J. Hertl, James M. Kelso, Brian J. Martin, William Pittman, Paul Proscia, Joseph H. Quinn and Richard Sichenzo  (sg) |
| 91/05/10 | 2 | RESPONSE -- Filed by pltfs. M. Barnett Gillman, M.D., Ruth James, Kanwal K. Gupta, M.D., Clara Sagi, Cyril Forbes, Carl G. Harber, Ivar E. Anderson, Richard A. Jameson, Theodore N. Tehune, Martha Tehune, Monroe Werblin, Irwin Weinthal, Herbert Bush, Clifford Weinthal, William Gutschneider, and Violet Dunkle --w/cert. of svc. (sg) |

JPML FORM 1A

p.2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine (sg) |
| 91/07/26 | | WAIVERS OF ORAL ARGUMENT (hearing on 7/26/91 in Portland Maine) -- ALL PARTIES WAIVED (ds) |
| 91/08/13 | | CONSENT OF TRANSFEREE DISTRICT -- consenting to the assignment of litigation to Marcel Livaudais, Jr. for coordinated or consolidated pretrial proceedings. |
| 91/08/13 | | TRANSFER ORDER -- transferring A-1 thru A-3 to the E.D. Louisiana for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 91/12/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-8 William E. Smith v. Prudential-Bache Securities, Inc., W.D. Tennessee, C.A. No. 91-2135-TA B -- Notified involved counsel and judges (rh) |
| 92/01/02 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-8 William E. Smith v. Prudential-Bache Securities, Inc., W.D. Tennesee, C.A. No. 91-235-TA B -- Notified involved clerks and judges (kac) |
| 92/12/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-9) William J. Palenscar, et al. v. Prudential Bache Securities, et al., S.D. Calif., 3:92-CV-1801 - Notified involved counsel and judges (lg) |
| 92/12/18 | 3 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in (B-9) William J. Palenscar, et al. v. Prudential Bache Securities, et al., S.D. Calif., 3:92-CV-1801 - Notified involved counsel and judges (nng) |

JPML Form 1

Revised: 8/78

DOCKET NO. 888 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Prudential-Bache Energy Income Partnerships Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 26, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 13, 1991 | T.O. | Unpublished | E.D. Louisiana | Marcel Livaudais, Jr. | |

Special Transferee Information

DATE CLOSED: 2/2/94

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 888 -- In re Prudential-Bache Energy Income Partnerships Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ivar E. Anderson, et al. v. Prudential-Bache Energy Production Inc., et al. | Cal.,N. Weigel | C-91-0861 | 8/13/91 | 91-3020 | | |
| A-2 | Cyril Forbes v. Prudential-Bache Energy Production Inc., et al. | N.Y.,S. Wood | 91-CIV-1521 | 8/13/91 | 91-3021 | | |
| A-3 | Carl G. Harber v. Prudential-Bache Energy Production Inc., et al. | N.Y.,S. Edelstein | 91-CIV-1906 | 8/13/91 | 91-3022 | | |
| A-4 | M. Barnett Gillman, M.D., et al. v. Prudential-Bache Energy Production Inc., et al. | La.,E. Livaudais | 91-0882 | | | | |
| A-5 | Violet Dunkle v. Prudential-Bache Energy Production Inc., et al. | La.,E. Beer | 91-1270 | | | | |
| A-6 | Theodore N. Tehune, et al. v. Prudential Securities Inc. f/k/a Prudential-Bache Securities, Inc., et al. | La.,E. Beer | 91-1293 | | | | |
| XYZ-7 | Christine Hassuk, etc. v. Prudential-Bache Energy Production, Inc., et al. | La.,E. Livausais | 91-1744 | | | | |
| B-8 | William E. Smith v. Prudential-Bache Securities, Inc. | Tenn.,W. Todd | 91-2135-Ta B | 12/02/92 | 92-45 | | |

12/6/91

July 1992 - 4 TR / 4 XYZ / 8 Pending

Sept. 1992 - same

DOCKET NO. 888 -- In re Prudential-Bach Energy Income Partnerships Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-9 | William J. Palenscar, et al. v. Prudential Bache Securities, et al. 2/4/92  opp'd 10/18/92 | S.D.Cal. Rhoades | 3:92-cv-1801 | 3-9-93 | 93-814 | | |

REVISED 6/17/93

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 888 -- In re Prudential-Bache Energy Income Partnerships Securities Litigation

===============================================================

PLAINTIFFS LIAISON COUNSEL
Robert L. Redfern, Esq.
Simon, Peragine, Smith & Redfern
Energy Centre, 30th Floor
1100 Poydras Street
New Orleans, LA  70163

Jack C. Benjamin, Esq.
Gainsburg, Benjamin, Fallon,
  David & Ates
2800 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2800

DEFENDANTS LIAISON COUNSEL
Frank E. Massengale, Esq.
Liskow & Lewis
One Shell Square
50th Floor
New Orleans, LA  70139

Stephen H. Kupperman, Esq.
Stone, Pigman, Walther, Wittmann
   & Hutchinson
546 Carondelet Street
New Orleans, Louisiana  70130

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. 888 -- In re Prudential-Bache Energy Income Partnerships Securities Litigation

===============================================================================

IVAR E. ANDERSON  (A-1)
Leigh R. Lasky, Esq.
Beigel & Sandler, Ltd.
333 West Wacker Drive
Suite 650
Chicago, Illinois  60606

CYRIL FORBES  (A-2)
Joseph Sternberg, Esq.
Goodkind, Labaton & Rudoff
122 East 42nd Street - 38th Floor
New York, New York  10168

CARL G. HARBER  (A-3)
Kenneth G. Gilman, Esq.
David Pastor, Esq. (No App. Rec'd)
Edward L. Manchur, Esq.
Gilman & Pastor
One International Place
14th Floor
Boston, Massachusetts  02110

M. BARNETT GILLMAN, M.D.  (A-4)
Edward A. Grossman, Esq.
Bernstein, Litowitz, Berger
  & Grossman
1285 Avenue of the Americas
New York, NY  10119

VIOLET DUNKLE  (A-5)
A.D. Freeman, Esq.  (No App. Rec'd)
Suite 1950, Energy Centre
1100 Poydras Street
New Orleans, LA  70163-1950

THEODORE N. TEHUNE  (A-6)
Stuart D. Wechsler, Esq.
Wechsler, Skirnick, Harwood
Halebian & Feffer
555 Madison Avenue
New York, New York  10022

GRAHAM ROYALTY, Ltd.
GRAHAM RESOURCES, INC.
GRAHAM SECURITIES CORP.
SAMUEL A. BLAIZE
A.B. DEMPSEY
MARK W. FILES
JOHN J. GRAHAM
GILBERT G. JURENKA
ANTON H. RICE III
GRAHAM DEPOSITARY CO. II
Stephen H. Kupperman, Esq.
Stone, Pigman, Walther, Wittmann
  & Hutchinson
  (address previously listed)

ROBERT J. SHERMAN
JAMES J. DARR
  (Unable to determine counsel or
  address)

WILLIAM E. SMITH (B-8)
Frank N. Carney, Esq.
Evans, Petree, Cobb & Edwards
81 Monroe, Suite 600
Memphis, TN  38103

WILLIAM J. PALENSCAR, ET AL. (B-9)
Timothy C. Karen, Esq.
12520 High Bluff Drive
Suite 150
San Diego, CA  92130

WILLIAM SMITH
PATRICK McLAUGHLIN (Defts. B-9)
  (Unable to determine counsel or
  address)

ROBERT CAMPI, ET AL.
Alan C. Milstein, Esq.
Sherman, Silverstein, Kohl,
  Rose & Podolsky
Fairway Corporate Ctr, Ste 311
4300 Haddonfield Road
Pennsauken, NJ  08109

```
JPML Form 4 -- Continuation
                                    Panel Attorney Service List -- p.3

DOCKET NO. 888 -- In re Prudential-Bache Energy Income Partnerships
          Securities Litigation
```
===============================================================================

PRUDENTIAL-BACHE ENERGY PRODUCTION
INC.
PRUDENTIAL SECURITIES, INC.
PRUDENTIAL-BACHE CAPTIAL FUNDING
THE PRUDENTIAL INSURANCE CO. OF
AMERICA
PRUDENTIAL SECURITIES GROUP, INC.
PRUDENTIAL-BACHE ENERGY INCOME
FUND, P-1, P-2, AND P-3
PRUDENTIAL-BACHE ENERGY INCOME
PARTNERSHIPS SERIES I THROUGH VI
PRUDENTIAL-BACHE PENSION &
RETIREMENT INCOME PARTNERSHIPS
PRUDENTIAL-BACHE PENSION AND
INTERNATIONAL INVESTOR
PARTNERSHIPS, PI-1, PI-2, PI-3,
  PI-4,
GEORGE BALL
RICHARD SICHENZIO
FRANK W. GIORDANO
JOE W. DEFUR
JAMES M. KELSO
BRIAN MARTIN
JOSEPH H. QUINN
ANTHONY J. HERTL
MATTHEW J. CHANIN
WILLIAM PITTMAN
PAUL J. PROSCIA
D. Brian Hufford, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 888 -- In re Prudential-Bache Energy Income Partnerships Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Prudential-Bache Energy Production Inc. | A-1, A-2, A-3, A-4, A-5, B-9, |
| Prudential Securities, Inc. (Formerly known as Prudential-Bache Securities Inc.) | A-1, A-2, A-3, A-4, A-5, A-6, B-8, B-9, |
| Prudential-Bache Capital Funding | A-1, |
| Graham Royalty, Ltd. | A-1, A-2, A-4, A-6, B-9, |
| Graham Resources, Inc. | A-1, A-2, A-3, A-4, A-5, B-9, |
| Graham Securities Corp. | A-1, A-2, A-3, A-5, B-9, |
| The Prudential Insurance Co. of America | A-1, A-2, A-3, A-4, A-5, B-9, |
| Prudential Securities Group, Inc. | A-1, A-2, A-3, A-4, A-6, B-9 |
| Prudential-Bache Energy Income Fund, P-1, P-2 and P-3 | A-1, A-2, A-6 |
| Prudential-Bache Energy Income Partnership Series II, P-4, P-5, P-6, P-7, P-8, P-9, P-10 and P-11 | A-1, A-2, A-6 |
| Prudential-Bache Energy Income Partnership Series III, P-12, P-13, P-14, and P-15 | A-1, A-2, |

p. 2

| | |
|---|---|
| Prudential-Bache Energy Income Partnerships Series IV, P-16 and P-17 | A-1, A-2, A-3, A-5, A-6 |
| Prudential-Bache Energy Income Partnerships Series V, P-18, P-19, P-20, P-21 and P-22 | A-1, A-2, A-3, A-5, A-6 |
| Prudential-Bache Energy Income Fund Partnerships Series VI, P-23, P-24, P-25 and P-26 | A-1, A-2, A-3, A-5, A-6 |
| Prudential-Bache Pension & Retirement Income Partnerships PBR-1, PBR-2, PBR-3 and PBR-4 | A-1, A-2, |
| Prudential-Bache Pension and International Investor Partnerships, PI-1, PI-2, PI-3 and PI-4 | A-1, A-2 |
| George Ball | A-1, A-2, |
| Robert J. Sherman | A-1, A-2, A-4 |
| Richard Sichenixio | A-1, A-2, |
| Frank W. Giordano | A-1, A-2, A-3, A-4, A-5 |
| Joe W. DeFur | A-1, A-2, A-3, A-4, A-5 |
| James M. Kelso | A-1, A-2, A-4 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 888 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Brian J. Martin | A-1, A-2, A-4 |
| Joseph H. Quinn | A-1, A-2, A-4. |
| Anthony J. Hertl | A-1, A-2, A-3, A-4, A-5 |
| Matthew J. Chanin | A-1, A-2. |
| John J. Graham | A-1, A-2, A-4, |
| Anton H. Rice III | A-1, A-2, A-4, |
| Gilbert G. Jurenka | A-1, A-2, A-4, |
| William Pittman | A-1, A-2, A-4, |
| James J. Darr | A-1, A-2, A-3, A-4, A-5, A-6 |
| Paul J. Proscia | A-1, A-2, A-3, A-4, A-5, |
| A.B. Dempsey | A-4 |

p. __4__

| | |
|---|---|
| Mark W. Files | A-4 |
| Samuel A. Blaize | A-4 |
| William Smith | B-9, |
| Patrick McLaughlin | B-9, |
| | |
| | |
| | |
| | |
| | |
| | |
| | |