DOCKET NO. 888

*JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
AUG 13 91
[signature]
CLERK OF THE PANEL*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PRUDENTIAL-BACHE ENERGY INCOME PARTNERSHIPS SECURITIES LITIGATION

*BEFORE JOHN F. NANGLE,\* CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK,\* HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

### TRANSFER ORDER

All parties to the six actions listed on the attached Schedule A either agree upon the desirability of, or do not oppose, transferring, pursuant to 28 U.S.C. §1407, the actions pending in districts other than the Eastern District of Louisiana to that district for coordinated or consolidated pretrial proceedings with the actions pending there.[1] On the basis of the papers filed,[2] the Panel finds that the six actions involve common questions of fact, and that centralization of these actions in the Eastern District of Louisiana will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Eastern District of Louisiana be, and the same hereby are, transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Marcel Livaudais, Jr., for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

[signature]

S. Hugh Dillin
*Acting Chairman*

---

\* Judges Nangle and Pollak took no part in the decision of this matter.

[1] The Panel has been notified that a related action is pending in the Eastern District of Louisiana. This action will be treated as a potential tag-along action. See Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

[2] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., id. at 262.

## *SCHEDULE A*

### *MDL-888 -- In re Prudential-Bache Energy Income Partnerships Securities Litigation*

#### Northern District of California

Ivar E. Anderson, et al. v. Prudential-Bache Energy Production, Inc., et al., C.A. No. C-91-0861

#### Southern District of New York

Cyril Forbes v. Prudential-Bache Energy Production Inc., et al., C.A. No. 91-Civ.-1521

Carl G. Harber v. Prudential-Bache Energy Production, Inc., et al., C.A. No. 91-Civ.-1906

#### Eastern District of Louisiana

M. Barnett Gillman, M.D., et al. v. Prudential-Bache Energy Production Inc., et al., C.A. No. 91-0882

Violet Dunkle v. Prudential-Bache Energy Production, Inc., et al., C.A. No. 91-1270

Theodore N. Tehune, et al. v. Prudential Securities Inc. f/k/a Prudential-Bache Securities, Inc., et al., C.A. No. 91-1293